```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

J.N., A MINOR, BY HIS PARENTS AND  :   CIVIL ACTION
NATURAL GUARDIANS, J.N. AND C.N.,  :   No. 14-1618
                                   :
         Plaintiffs,               :
                                   :
    v.                             :
                                   :
PENN-DELCO SCHOOL DISTRICT,        :
                                   :
         Defendant.                :

## O R D E R

**AND NOW**, this **7th** day of **November, 2014**, upon consideration of Plaintiffs' Motion for Leave to Amend the Complaint (ECF No. 9), Defendant's Memorandum of Law in Opposition to said Motion (ECF No. 10), and Plaintiff's Reply Memorandum of Law in Support of said Motion (ECF No. 11), it is hereby **ORDERED** that Plaintiff's Motion for Leave to Amend the Complaint is **GRANTED.**

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　**/s/ Eduardo C. Robreno**
　　　　　　　　　　　　　　　　　　**EDUARDO C. ROBRENO,    J.**