```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

J.N., a minor, by his parents and  :   CIVIL ACTION
natural guardians, J.N. and C.N.,  :   NO. 14-1618
                                   :
          Plaintiff,               :
                                   :
     v.                            :
                                   :
PENN-DELCO SCHOOL DISTRICT,        :
                                   :
          Defendant.               :

## O R D E R

**AND NOW**, this **30th** day of **January, 2017,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Approval of Settlement Agreement (ECF No. 24) is **GRANTED.**

2. The parties' Settlement Agreement and Release (ECF No. 24-1) is **APPROVED.**

3. The Rule to Show Cause (ECF No. 23) is **DISSOLVED.**

4. The Clerk of Court shall remove the case from suspense and mark the case as **CLOSED.**

**AND IT IS SO ORDERED.**

                         /s/ Eduardo C. Robreno
                         **EDUARDO C. ROBRENO     J.**